**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01159-REB-BNB

GARY FLAKES,

    Plaintiff,

v.

STEVE HARTLEY, Warden,
PATRICIA KAHLER, Health Services Administrator,
STEPHEN KREBS, Medical Doctor,
JOHN DOE, and
JOHN DOE, individually and in their official capacities,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matter before me is the **Recommendation of United States Magistrate Judge** [#42], filed July 7, 2009.  No objections having been filed to the recommendation, I review it only for plain error.  *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Recommendation of United States Magistrate Judge** [#42], filed

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter.  ***Morales-Fernandez***, 418 F.3d at 1122.

July 7, 2009, is **APPROVED AND ADOPTED** as an order of this court;

    2.  That defendants' **Motion To Dismiss** [#24], filed November 14, 2008, is **GRANTED**; and

    3.  That this case is **DISMISSED**;

Dated August 10, 2009, at Denver, Colorado.

                                      **BY THE COURT:**

                                      */s/ Robert E. Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge